FILED
CHARLOTTE, NC

DEC 10 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 5:24-cr-32-KDB |
| v. | **BILL OF INDICTMENT** |
| | Violation: 18 U.S.C. § 922(g) |
| BRANDON MAURICE TORRENCE | |

THE GRAND JURY CHARGES:

## COUNT ONE
*(Possession of a Firearm by a Prohibited Person)*

On or about November 2, 2023, in Iredell County, within the Western District of North Carolina, the defendant,

**BRANDON MAURICE TORRENCE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, an American Tactical Inc., model Alpha 15, .223/5.56 caliber rifle, a Glock, model 22, .40 caliber pistol, a Glock, model 43X, 9mm caliber pistol, and a Ruger, model P85, 9mm caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One American Tactical Inc., model Alpha 15, .223/5.56 caliber rifle, magazine, and ammunition seized on or about November 2, 2023.
(b) One Glock, model 22, .40 caliber pistol, magazine, and ammunition seized on or about November 2, 2023.
(c) One Glock, model 43X, 9mm caliber pistol, magazine, and ammunition seized on or about November 2, 2023.
(d) One Ruger, model P85, 9mm caliber pistol, magazine, and ammunition seized on or about November 2, 2023.

A TRUE BILL

DENA J. KING
UNITED STATES ATTORNEY

_____
WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY